Commonwealth *v.* Hamilton, Appellant.

Before RICHETTE, J., without a jury.

Submitted June 18, 1974. *Eugene H. Clarke, Jr.,* for appellant; *David Richman, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed on the able opinion of RICHETTE, J., of the court below.

Commonwealth *v.* Harris, Appellant.

Before JOHNSTONE, JR., P. J.

Submitted September 9, 1974. *Theodore S. Danforth,* Public Defender, for appellant; *Michael H. Ranck,* Assistant District Attorney, and *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.